UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2004 JAN 26  P 2: 43

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN E. COX, EXECUTIVE DIRECTOR :
AND THE COMMISSION ON EQUAL :
OPPORTUNITIES :       3:00 CV 311 (CFD)
      V. :
 :
EDWARD BLAND, ET AL :       JANUARY 22, 2004

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, Atty. Erskine D. McIntosh, moves to withdraw as counsel for the plaintiff, John E. Cox, as the plaintiff has informed the undersigned, that it has retained other counsel. Therefore, the undersigned entreats the court to permit the withdrawal of the aforementioned appearance as requested.

_____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR No.: CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
900 CHAPEL STREET, SUITE 535
NEW HAVEN, CONN. 06510
(203) 787-9994

## CERTIFICATION

A copy of the foregoing was mailed and/or faxed to all counsel of record on January 22, 2004:

Atty. Christine Sciarrino
Office of the U.S. Attorney
P.O. Box 1824
New Haven, Conn. 06510

Atty. James Perito
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, Conn. 06507-1684

Atty. Chrostopher L. Brigham
Atty. John G. Stretton
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, Conn. 06510

Atty. Janet S. Lundberg
Krokidas, Bluesteiin, LLP
141 Tremont Street
Boston, Mass. 02111

Atty. David L. Metzger
Metzger & Richters
25 Capitol Avenue
Hartford, Conn. 06106-1707

_____
ATTY. ERSKINE D. McINTOSH