UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES | : : : : |
| Plaintiff | : : |
| v. | Civil Action No. 3: 00 CV 311(CFD) |
| EDWARD L. BLAND in his official and Individual capacities AND NEW HAVEN HOUSING AUTHORITY | : : : |
| Defendants and Third Party Plaintiffs, | March 4, 2004 |
| v. | : |
| BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREWCUOMO, SECRETARY FOR THE DEPARTMENT OF HOUSING AND UBRAN DEVELOPMENT (HUD) | : : : : : |
| Third Party Defendants. | : |

**JOINT MOTION FOR CONTINUANCE**

Stamford Wrecking, at the suggestion of counsel for the plaintiff New Haven Commission on Equal Opportunities, and with agreement of counsel for all other parties, except HUD, whose counsel is away this week, hereby requests a continuance of the hearing currently scheduled for Wednesday, March 10, 2004 at 2:00 p.m.

Currently appearing counsel for Plaintiff, Erskine D. McIntosh concurs with the request of apparent, but not yet appearing, new counsel for the plaintiff, Evans Jacobs. Attorney Jacobs has represented that the plaintiff is deliberating on the position it will take in pursuing the pending complaint and in direction to counsel.  It appears one possible outcome may result in the withdrawal of its complaint.  Attorney Jacobs indicates that a continuance of thirty (30) days will permit the plaintiff to determine the course it will take and to communicate that decision to the Court and to the other parties so that the matter may proceed in an orderly fashion with the least expenditure of time by the Court and the parties.

The undersigned counsel has consulted with counsel for all other parties, except counsel for HUD, who is away this week and will not return until Monday, March 8th,  All are in agreement the matter should be continued.

WHEREFORE, Stamford Wrecking hereby respectfully request that the Court grant this motion.

DEFENDANT,
STAMFORD WRECKING COMPANY


BY: _____
David L. Metzger (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106
Tel. (860) 549-5026
Fax (860) 549-5224
E-Mail:  dmetzger@snet.net

## CERTIFICATION OF SERVICE

This is to certify that a copy of this motion for continuance was sent by facsimile and first class mail, postage prepaid, on this the 4th day of March 2004 to the following counsel of record:

> Erskine D. McIntosh
> The Law Offices of Erskine D. McIntosh, P.C.
> 900 Chapel Street, Suite 535
> New Haven CT 06510-2893
>
> Christopher Brigham
> Christopher L. Brigham
> Updike, Kelly & Spellacy, P.C.
> 265 Church Street, 10th Floor
> New Haven CT 06510
>
> James J. Perito
> Susman, Duffy & Segaloff
> 55 Whitney Avenue
> New Haven CT 06510
>
> Janet S. Lundberg, Esq.
> Kokidas & Bluestein, LLP
> 141 Tremont Street
> Boston, MA 02111
>
> Christine L. Sciarrino,
> Office of the U. S. Attorney
> 157 Church Street
> New Haven CT 06510

_____
David L. Metzger