FILED

2004 MAR -4 P 3: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

JOHN E. COX, EXECUTIVE DIRECTOR
NEW HAVEN COMMISSION ON
EQUAL OPPORTUNITIES

    Plaintiff

    v.

Civil Action No. 3: 00 CV 311(CFD)

EDWARD L. BLAND in his official and
Individual capacities AND NEW HAVEN
HOUSING AUTHORITY

    Defendants and Third Party Plaintiffs,

March 4, 2004

    v.

BEACON/CORCORAN, JENNISON, LP,
STAMFORD WRECKING AND
ANDREWCUOMO, SECRETARY
FOR THE DEPARTMENT OF HOUSING
AND UBRAN DEVELOPMENT (HUD)

    Third Party Defendants.

## JOINT MOTION FOR CONTINUANCE

Stamford Wrecking, at the suggestion of counsel for the plaintiff New Haven Commission on Equal Opportunities, and with agreement of counsel for all other parties, except HUD, whose counsel is away this week, hereby requests a continuance of the hearing currently scheduled for Wednesday, March 10, 2004 at 2:00 p.m.

*[Handwritten margin annotation:]* GRANTED, as modified. The hearing on the pending motions for summary judgment will be held on March 26, 2004 at 11:30 a.m. The Court will also conduct a telephonic status conference on March 18, 2004 at 4:30 p.m. Attorney David Metzger will initiate the call. So ordered.

/s/ Dorsey
United States District Judge
3/8/04

*[Stamp:]* FILED 2004 MAR 8 P 3:3[?] U.S. DISTRICT COURT HARTFORD, CT.