UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 22  A 11: 27

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN E. COX, EXECUTIVE
DIRECTOR, NEW HAVEN
COMMISSION ON EQUAL
OPPORTUNITIES,
    Plaintiff,

v.

EDWARD L. BLAND, et al.
    Defendants,

v.

BEACON/CORCORAN, JENNISON,
LP, et al.
    Third Party Defendants.

Civil Action No. 3:00CV311 (CFD)

### RULING

Pending are the following motions: Beacon/Corcoran's Motion for Summary Judgment re the Cross Claims of third party defendant Stamford Wrecking Company [Doc. # 72], Beacon/Corcoran's Motion for Summary Judgment re the complaint of New Haven Commission on Equal Opportunities [Doc. # 77], Cuomo's Motion to Dismiss or in the alternative for Summary Judgment [Doc. # 78], NHHA and Robert Solomon's Motion to Dismiss or in the Alternative for Summary Judgment as to third party defendant Stamford's Counterclaim [Doc. # 82], and NHHA and Robert Solomon's Motion to Dismiss or in the Alternative for Summary Judgment [Doc. # 83].

The motions are DENIED, without prejudice, in light of the pending stipulation of withdrawal by the plaintiff. This ruling is without prejudice to the parties renewing any of these motions by filing a notice, and if such notice is filed the subject motion will be deemed filed as of

its original filing date.

SO ORDERED this 22nd day of March 2004, at Hartford, Connecticut.

_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**