


**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
(Hartford)

FILED 2004 JAN 26 P 2:43
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR<br>AND THE COMMISSION ON EQUAL<br>OPPORTUNITIES<br>V.<br><br>EDWARD BLAND, ET AL | :<br>:<br>:  3:00 CV 311 (CFD)<br>:<br>:<br>:<br>:  JANUARY 22, 2004 |

### MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, Atty. Erskine D. McIntosh, moves to withdraw as counsel for the plaintiff, John E. Cox, as the plaintiff has informed the undersigned, that it has retained other counsel. Therefore, the undersigned entreats the court to permit the withdrawal of the aforementioned appearance as requested.

ATTY. ERSKINE D. McINTOSH
FEDERAL BAR No.: CT 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
900 CHAPEL STREET, SUITE 535
NEW HAVEN, CONN. 06510
(203) 787-9994

### CERTIFICATION

A copy of the foregoing was mailed and/or faxed to all counsel of record on January 22, 2004:

Atty. Christine Sciarrino
Office of the U.S. Attorney
P.O. Box 1824
New Haven, Conn. 06510

*[Handwritten margin note: Granted. So ordered.]*

*[Filed stamp: MAR 22 2004 A 11:06 U.S. DISTRICT COURT HARTFORD, CT.]*