UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**MARCH 18, 2004**

**4:30 P.M.**

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635

*held*
*4:30 - 4:40*
*10 mins.*

CASE NO. **3-00-cv-311 (CFD)**   **COX v BLAND**

Search Results

Richard M. Bluestein
Krokidas & Bluestein
141 Tremont St.
Boston, MA 02111

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510

Thomas E. Katon
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507

Janet Steckel Lundberg
Krokidas & Bluestein
141 Tremont St.
Boston, MA 02111

Erskine D. McIntosh
Law Offices of Erskine D. McIntosh
3129 Whitney Avenue, 2nd Floor
P.O. Box 185789
Hamden, CT 06518-0789

David L. Metzger
Metzger & Richters
25 Capitol Ave.
Hartford, CT 06106-1707

Christine L. Sciarrino
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK