FILED

2004 MAR 30 P 2: 12

U.S. DISTRICT COURT
*HARTFORD, CT.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICIUT

## APPEARANCE

Case No. 3:00 CV 311 (CFD)
Cox, et al v. Bland, et al

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for:

*NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES*

| | |
|---|---|
| March 25, 2004 | *(signature)* |
| Date | Signature |
| Ct. 11836 | Evans Jacobs, Jr. |
| Conn. Federal Bar Number | Print or Type Name |
| 860 989-2827 | 1800 Silas Deane, Suite 159 |
| Telephone Number | Address |
| 860 721-7215 | Rocky Hill, CT  06067 |
| Fax Number | |
| evansjacobs@usa.net | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas E. Katon
Susman, Duffy & Segaloff
55 Whitney Ave, P. O. Box 1684
New Haven, CT   06507

Erskine D. McIntosh
3129 Whitney Ave., Second Floor
P. O. Box 185789
Hamden, CT   06518-0789

Christine L. Sciarrino
U. S. Attorney's Office – NH
157 Church Street, 23rd Floor
P. O. Box 1824
New Haven, CT   06510

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT   06510

Janet Steckel Lundberg
Krokidas & Bluestein
141 Tremont Street
Boston, MA   02111

David L. Metzger
Metzger & Richters
25 Capitol Ave.
Hartford, CT   06106-1707

Evans Jacobs, Jr.
1800 Silas Deane, Suite 159
Rocky Hill, CT   06067