UNITED STATES DISTRICT COURT

for the

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR : <br> NEW HAVEN COMMISSION ON <br> EQUAL OPPORTUNITIES  : <br><br> Plaintiff  : <br><br> v.  : <br><br> EDWARD L. BLAND, in his official and : <br> Individual capacities and <br> NEW HAVEN HOUSING AUTHORITY : <br><br> Defendants and Third Party Plaintiffs : <br><br> v.  : <br><br> BEACON/CORCORAN, JENNISON, LP, : <br> STAMFORD WRECKING AND <br> ANDREW CUOMO, SECRETARY FOR : <br> THE DEPARMENT OF HOUSING AND <br> URBAN DEVELOPMENT (HUD)  : <br><br> Third Party Defendants  : | Civil Action No. 3:00 CV 311 (CFD) <br><br><br><br><br><br><br><br> December 5, 2005 |

**PLAINTIFF COMMISSION ON EQUAL OPPORTUNITIES
STATUS REPORT**

On or about June 6, 2005, this plaintiff signed a Joint Motion for Order of

Dismissal (dated June 3, 2005) and faxed same to Attorney David Metzer for filing.

>Plaintiff
>
>Commission on Equal Opportunities
>
>By: _____
>Evans Jacobs, Jr.
>Attorney at Law
>1800 Silas Deane Highway
>Suite 159
>Rocky Hill, Conn. 06067
>Fed. Bar No. CT11836

## CERTIFICATION OF SERVICE

This is to certify that a copy of this Status Report was sent by first class mail, postage prepaid, on this the 5th day of December 2005, to the following counsel of record:

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

Janet S. Lundberg, Esq.
Kokidas & Bluestein, LLP
141 Tremont Street
Boston, MA 02111

Christine L. Sciarrino
Office of the U.S. Attorney
157 Church Street
New Haven, CT 06510

>_____
>Evans Jacobs, Jr., Esq.
>1800 Silas Deane Highway
>Rocky Hill, CT 06067