*By phone*

# KROKIDAS & BLUESTEIN

**RECEIVED**    ATTORNEYS

2006 JAN 25 A 9:38

RICHARD M. BLUESTEIN
MARIA J. KROKIDAS
SAMUEL NAGLER
JANET STECKEL LUNDBERG
ROBERT J. GRIFFIN
VINCENT J. PISEGNA
PAUL V. HOLTZMAN
ANTHONY J. CICHELLO
JENNIFER GALLOP
ELKA T. SACHS

600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210
PHONE 617-482-7211 • FAX 617-482-7212

HUGH DUN RAPPAPORT
JULIE HERBST PEABODY
EMILY R. DAUGHTERS
AARON J. MANGO

ELIZABETH C. ROSS
LINDA R. BOSSE
BARBARA S. PARKER
OF COUNSEL

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

January 23, 2006

**VIA FACSIMILE (860-240-3211)**
**AND REGULAR MAIL**

The Honorable Christopher Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

Re:  **John Cox, Executive Director New Haven Commission on Equal Opportunities v. Edward L. Bland, et al. v. Beacon Corcoran et al. Civil Action No. 3:00 CV 00311 (CFD) – Joint Report of the Parties**

Dear Judge Droney:

I represent Third Party Defendant Beacon/Corcoran Partners LLC ("BCJ"). However, I have been delegated, with the approval of all parties to this action, to report to the Court the status of the parties' attempts to settle this matter and to suggest a procedure for going forward that has the agreement of all parties.

As you know, when the parties to this action last met with you, the parties indicated that all were agreeable to the dismissal of all claims in this action, except that Stamford Wrecking Company wished to pursue its state law claims against BCJ. At this Court's direction, the parties then attempted to draft a stipulation of dismissal that would reflect these understandings. After several attempts and many discussions, the parties were unable to do so. In summary, because of the unusual procedural posture of this case (which was mediated prior to BCJ answering), BCJ has not yet had the opportunity to answer and/or file counterclaims or cross claims. While BCJ is willing to proceed on the basis of dismissing all claims except Stamford's state law claims, BCJ

*The clerk is ordered to docket this letter. So ordered.*
*Christopher F. Droney*
*United States District Judge*
*1/27/06*