UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES,<br><br>   Plaintiff<br>v.<br><br>EDWARD L. BLAND in his official and individual capacities AND NEW HAVEN HOUSING AUTHORITY,<br><br>   Defendant and Third Party Plaintiffs<br>v.<br><br>BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE FEDERAL AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),<br><br>   Third Party Defendants | No. 3:00 CV 311 (CFD)<br><br><br><br><br><br><br><br>FEBRUARY 1, 2006 |

**JOINT MOTION OF THE PARTIES TO SET MOTION SCHEDULE**

By agreement of all parties to this action, and pursuant to this Court's direction at the telephone conference held January 26, 2006, the parties jointly move the Court to set the following schedule for the renewal of the motions to dismiss previously filed, but only with respect to the state law claims contained in Third Party Defendant Stamford Wrecking Company's Cross Claims (filed July 6, 2001), Counts II and III ("the Stamford State Law Claims"):

- **February 27, 2006** – Filing and service of renewed motions to dismiss with respect the Stamford State Law Claims, with accompanying Supplemental Memoranda, not to

exceed 10 pages, directing the Court to the applicable portions of the previously filed motion papers and to any new applicable law or legal precedent.

- **March 20, 2006** – Filing and service of Supplemental Memoranda, not to exceed 10 pages, in opposition to renewed motions to dismiss Stamford State Law Claims, directing the Court to the applicable portions of the previously filed opposition papers and to any new applicable law or legal precedent

- **April 7, 2006, at 10AM** -- Hearing before Judge Droney on renewed motions to dismiss the Stamford State Law Claims.

In addition, the parties request that the Court docket the letter of Janet Steckel Lundberg to the Court on behalf of all parties jointly, dated January 23, 2006, memorializing the parties' agreements, as approved by this Court, concerning the procedures to apply in this action and the dismissals and other actions that will take effect upon the Court's ruling on the renewed motions to dismiss.

Respectfully submitted,

THIRD PARTY DEFENDANT
BEACON/CORCORAN JENNISON
PARTNERS, LLC

BY: _____
Richard M. Bluestein (ct23002)
Janet Steckel Lundberg (ct23003)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

2

**NEW HAVEN COMMISSION ON**
**EQUAL OPPORTUNITIES**

BY: _____
Evans Jacobs, Jr. (ct11836)
1800 Silas Deane, Suite 159
Rocky Hill, CT 06067
(860) 989-2827


**EDWARD L. BLAND, and NEW HAVEN**
**HOUSING AUTHORITY**

BY: _____
Christopher L. Brigham (ct12410)
Updike Kelly & Spellacy
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 786-8310


**DEPARTMENT OF HOUSING AND**
**URBAN DEVELOPMENT (HUD)**

BY: _____
Christine L. Sciarrino (ct03393)
Office of the U.S. Attorney
157 Church Street
New Haven, CT 06510


**STAMFORD WRECKING COMPANY**

BY: _____
David L. Metzger (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106
(860) 549-5026

1877\0001\159961.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES,<br><br>    Plaintiff<br><br>v.<br><br>EDWARD L. BLAND in his official and individual capacities AND NEW HAVEN HOUSING AUTHORITY,<br><br>    Defendant and Third Party Plaintiffs<br><br>v.<br><br>BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE FEDERAL AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),<br><br>    Third Party Defendants | No. 3:00 CV 311 (CFD) |

**CERTIFICATE OF SERVICE**

I, Janet Steckel Lundberg, hereby certify that on February 8, 2006, I caused a copy of the Joint Motion of the Parties to Set Motion Schedule to be mailed upon the following counsel:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106

Evans Jacobs, Jr., Esq.
1800 Silas Deane, Suite 159
Rocky Hill, CT 06067
New Haven, CT 06510

Christine L. Sciarrino, Esq.
Office of the U.S. Attorney
157 Church Street
New Haven, CT 06510

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

_____
Janet Steckel Lundberg

1877\0001\111859.1