UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES, <br><br> Plaintiff <br><br> v. <br><br> EDWARD L. BLAND in his official and individual capacities AND NEW HAVEN HOUSING AUTHORITY, <br><br> Defendant and Third Party Plaintiffs <br><br> v. <br><br> BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE FEDERAL AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br><br> Third Party Defendants | No. 3:00 CV 311 (CFD) |

### CERTIFICATE OF SERVICE

I, Janet Steckel Lundberg, hereby certify that on February 24, 2006, I caused copies of the Third Party Defendant Beacon/Corcoran Partners LLC's Renewed Motion for Summary Judgment on Counts II and III of the Cross Claim of Third Party Defendant Stamford Wrecking Company and Supplemental Memorandum of Third Party Defendant Beacon/Corcoran Partners LLC in Support of its Renewed Motion for Summary Judgment on Counts II and III of the Cross Claim of Third Party Defendant Stamford Wrecking Company to be mailed by first class mail upon the following counsel:

David L. Metzger, Esq.
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106

Evans Jacobs, Jr., Esq.
1800 Silas Deane, Suite 159
Rocky Hill, CT 06067
New Haven, CT 06510

Christine L. Sciarrino, Esq.
Office of the U.S. Attorney
157 Church Street
New Haven, CT 06510

Christopher L. Brigham, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

_/s/ Janet Steckel Lundberg_
Janet Steckel Lundberg

1877\0001\111859.1