UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES, ) ) ) ) Plaintiff ) v. ) ) EDWARD L. BLAND in his official and individual capacities ) AND NEW HAVEN HOUSING AUTHORITY, ) ) Defendant and Third Party Plaintiffs ) v. ) ) BEACON/CORCORAN, JENNISON, LP, STAMFORD ) WRECKING AND ANDREW CUOMO, SECRETARY FOR ) THE FEDERAL AND UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT (HUD), ) ) Third Party Defendants ) | No. 3:00 CV 311 (CFD)<br><br><br>MAY 10, 2006 |

**MOTION OF THIRD PARTY DEFENDANT BEACON/CORCORAN PARTNERS LLC FOR AN EXTENSION OF TIME IN WHICH TO FILE PROPOSED FINDINGS AND CONCLUSIONS CONCERNING RENEWED MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND III OF THE CROSS CLAIM OF THIRD PARTY DEFENDANT STAMFORD WRECKING COMPANY**

Third Party Defendant Beacon/Corcoran Partners LLC ("BCJ") hereby moves this Court for an extension of 4 days, to and including May 19, 2006, in which to file its proposed findings and conclusions concerning renewed its motion for summary judgment ("Renewed Summary Judgment Motion) on Counts II and III of the cross claim of Third Party Defendant Stamford Wrecking Company ("Stamford") against BCJ. As grounds for this motion, BCJ states as follows:

1. This Court held a hearing on BCJ's Renewed Summary Judgment Motion on April 7, 2006, at the conclusion of which the Court requested that BCJ submit proposed findings and conclusions by May 15, 2006.

2. As undersigned counsel told the Court on April 7, counsel was involved in a trial matter through the end of last week. Since the conclusion of that matter, certain unexpected matters have required attention such that a few extra days are necessary for counsel's thorough preparation of proposed findings and conclusions in the instant case.

3. Counsel for Stamford assents to the granting of the relief requested herein.

WHEREFORE, BCJ respectfully requests that the Court grant a 4 day extension of time, to and including May 19, 2006, for the filing of BCJ's proposed findings and conclusions.

Respectfully submitted,

THIRD PARTY DEFENDANT
BEACON/CORCORAN JENNISON
PARTNERS, LLC

By their attorneys,

//s// Janet Steckel Lundberg
Richard M. Bluestein (Fed Bar #ct23002)
Janet Steckel Lundberg (Fed Bar #ct23003)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

1877\0001\163227.1

2