UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR<br>NEW HAVEN COMMISSION ON<br>EQUAL OPPORTUNITIES<br><br>   Plaintiff<br><br>   v.<br><br>EDWARD L. BLAND in his official and<br>Individual capacities AND NEW HAVEN<br>HOUSING AUTHORITY<br><br>   Defendants and Third Party Plaintiffs,<br><br>   v.<br><br>BEACON/CORCORAN, JENNISON, LP,<br>STAMFORD WRECKING AND<br>ANDREWCUOMO, SECRETARY<br>FOR THE DEPARTMENT OF HOUSING<br>AND UBRAN DEVELOPMENT (HUD)<br><br>   Third Party Defendants. | Civil Action No. 3: 00 CV 311(CFD)<br><br><br><br><br><br><br><br>June 9, 2006 |

**STAMFORD WRECKING'S
MOTION FOR EXTENSION OF TIME TO OPPOSE
<u>RENEWED MOTION FOR SUMMARY JUDGMENT</u>**

     Pursuant to Local Rule 9(b), Stamford Wrecking requests an additional ten (10) days, until June 19, 2006, to oppose Third Party Defendant Beacon/Corcoran Partners LLC proposed findings and conclusions of law concerning its renewed motion for summary judgment.

Counsel for Stamford Wrecking requires this additional time due to deposition and trial preparation activities over this past week and all of next week, particularly for a trial to begin on June 28, 2006 in Superior Court.

This is the defendant's first request for an extension of time as to this limitation.

Defendants' counsel has spoken with counsel for BCJ, the moving party, , who has no objection to the granting of this motion.

WHEREFORE, Stamford Wrecking hereby respectfully requests that the Court grant this motion.

**DEFENDANT,
STAMFORD WRECKING COMPANY**

BY: _____//s// David L. Metzger_____
David L. Metzger (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106
Tel. (860) 549-5026
Fax (860) 549-5224
E-Mail: dmetzger22@comcast.net

### CERTIFICATION OF SERVICE

This is to certify that a copy of this motion was filed by electronic filing in accordance with the Order of the Court in this matter, and served on parties of record accordingly.

_____//s//David L. Metzger_____
David L. Metzger