UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES<br>    Plaintiff<br>        v.<br>EDWARD L. BLAND in his official and Individual capacities AND NEW HAVEN HOUSING AUTHORITY<br>    Defendants and Third Party Plaintiffs,<br>        v.<br><br>BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE DEPARTMENT OF HOUSING AND UBRAN DEVELOPMENT (HUD)<br>    Third Party Defendants. | Civil Action No. 3: 00 CV 311(CFD)<br><br>June 19, 2006 |

**STAMFORD WRECKING'S OPPOSITION TO BEACON/CORCORAN JENNISON'S PROPOSED MEMORANDUM OF DECISION**

Stamford Wrecking Company (SWC) submits this memorandum in opposition to Beacon Corcoran Jennison Partners LLC's, (BCJ) proposed memorandum of decision (Document 164) on its motion for summary judgment as to Count Two and Count Three of the Cross Complaint by SWC against BCJ.

1

BCJ's proposed decision continues to complicate these simple claims by SWC which are based on the common law, claims of intentional or negligent misrepresentation. SWC has previously set out the evidence and the law on which it relies in opposing BCJ's motion and will not repeat it here. However, a few observations seem appropriate.

In its proposed memorandum of decision BCJ incorrectly states that SWC admitted all material facts in its 9 (c)(1) statement. *(Document 164, page 3, footnote 1)* While it is true that nearly all statements were admitted, one was denied and one admitted with qualification. SWC also presented additional disputed issues of material fact in its 9(c)(2) statement.

The Declaration of Irving Goldblum, which was submitted in support of SWC's 9(c)(2) Statement, raises issues of material fact as to the claims of intentional and negligent misrepresentation which preclude the granting of BCJ's motion. In particular, paragraphs 10 through 15 of Mr. Goldblum's affidavit set out the misrepresentations made by BCJ, and SWC's $590,000 reduction in its bid based on those misrepresentations. BCJ disputes the statements of Mr. Goldblum, but they remain factual disputes of material dimension.

Therefore, BCJ's motion for summary judgment as to Count Two and Count Three of the cross claims should be denied.

                        **STAMFORD WRECKING COMPANY**

BY:        //s// David L. Metzger
            David L. Metzger (ct02035)
            Metzger & Associates
            25 Capitol Avenue
            Hartford, CT 06106
            Tel. (860) 549-5026