## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES, <br><br>                Plaintiff <br> v. <br><br> EDWARD L. BLAND in his official and individual capacities AND NEW HAVEN HOUSING AUTHORITY, <br><br>    Defendant and Third Party Plaintiffs <br> v. <br><br> BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE FEDERAL AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br><br>    Third Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:00 CV 311 (CFD) <br><br><br><br><br> JUNE 21, 2006 |

### REPLY MEMORANDUM OF THIRD PARTY DEFENDANT BEACON/CORCORAN JENNISON PARTNERS LLC IN RESPONSE TO STAMFORD WRECKING'S OPPOSITION TO PROPOSED MEMORANDUM OF DECISION

Third Party Defendant Beacon/Corcoran Jennison Partners LLC ("BCJ") submits this

memorandum in brief response to the opposition of Stamford Wrecking Company ("Stamford")

to BCJ's proposed memorandum of decision filed May 19, 2006:

1.     Contrary to Stamford's assertion, BCJ'statement that Stamford admitted all

materials facts in BCJ's Rule 9(c)(1) Statement[1] is correct. Stamford purported to deny ¶10 of

BCJ's Rule (c)(1) Statement, but in reality Stamford in essence admitted the facts stated but

---

[1]     BCJ's Proposed Findings of Fact and Conclusions of Law on BCJ's Renewed Motion for Summary Judgment on Counts II and III of the Cross Claim of Third Party Defendant Stamford Wrecking Company ("Proposed Findings and Conclusions"), page 3, n.1.

2

added additional, disputed facts. Likewise, Stamford admitted the facts alleged in ¶17 of BCJ's Rule 9(c)(1) Statement, but added its own explanatory statement of disputed facts. Neither of those instances actually denied or placed into dispute the essential facts set forth in BCJ's ¶¶10 and 17. All other paragraphs in BCJ's Rule 9(c)(1) Statement were, as Stamford concedes, admitted without further gloss by Stamford.

2.      The fact that Stamford has submitted additional, disputed facts that it contends are material does not prevent the granting of summary judgment to BCJ. Resolution of those disputed facts is not material to the decision of the legal issues as presented in BCJ's motion. To the extent that the Proposed Findings and Conclusions address Stamford's disputed facts, it is to show that under the disputed facts brought forward by Stamford, even if taken as true, Stamford could not succeed on its misrepresentation claims as a matter of law.

Respectfully submitted,

THIRD PARTY DEFENDANT
BEACON/CORCORAN JENNISON
PARTNERS, LLC

By their attorneys,


//s//  Janet Steckel Lundberg_____
Richard M. Bluestein (Fed Bar #ct23002)
Janet Steckel Lundberg (Fed Bar #ct23003)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

1877\0001\176356.1

2