UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN E. COX, Executive Director, <br> New Haven Comm. On Equal Opportunities <br> Plaintiff | : <br><br> : | |
| v. | | |
| | : | CASE NO. 3:0CV311(CFD) |
| EDWARD L. BLAND And <br> NEW HAVEN HOUSING AUTHORITY <br> Defendant and Third Party Plaintiffs | : <br><br> : | |
| v. | | |
| BEACON/CORCORAN, JENNISON, LP, STAMFORD <br> WRECKING, ANDREW CUOMO, SECRETARY FOR <br> THE FEDERAL AND UNITED STATES DEPARTMENT <br> OF HOUSING AND URBAN DEVELOPMENT (HUD) <br> Third Party Defendants | : <br><br> : | |

## **JUDGMENT**

This action having come on for consideration of BCJ's renewed motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Memorandum of Decision on October 31, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 31st day of October, 2006.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk