UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN E. COX, Executive Director,
New Haven Comm. On Equal Opportunities
       Plaintiff

    v.

EDWARD L. BLAND And
NEW HAVEN HOUSING AUTHORITY
    Defendant and Third Party Plaintiffs

    v.

BEACON/CORCORAN, JENNISON, LP, STAMFORD
WRECKING, ANDREW CUOMO, SECRETARY FOR
THE FEDERAL AND UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT (HUD)
    Third Party Defendants

CASE NO. 3:00CV311(CFD)

## AMENDED JUDGMENT

This action having come on for consideration of BCJ's renewed motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Memorandum of Decision on October 31, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED: That judgment of dismissal is hereby entered with prejudice as to all claims of the plaintiff in accordance with the settlement agreement; Judgment is hereby entered for third party defendant Beacon/Corcoran, Jennison, LP as to the cross claim of the third party defendant Stamford Wrecking.

Dated at Hartford, Connecticut, this 3rd day of November, 2006.

KEVIN F. ROWE, Clerk

By /s/ Devorah Johnson
    Devorah Johnson
    Deputy Clerk