UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JOHN E. COX, EXECUTIVE DIRECTOR, NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES, <br><br> Plaintiff <br> v. <br><br> EDWARD L. BLAND in his official and individual capacities AND NEW HAVEN HOUSING AUTHORITY, <br><br> Defendant and Third Party Plaintiffs <br> v. <br><br> BEACON/CORCORAN, JENNISON, LP, STAMFORD WRECKING AND ANDREW CUOMO, SECRETARY FOR THE FEDERAL AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), <br><br> Third Party Defendants | No. 3:00 CV 311 (CFD) <br><br><br><br> DECEMBER 20, 2006 |

**JOINT STIPULATION OF DISMISSAL OF ALL
REMAINING CLAIMS WITH PREJUDICE**

By agreement of all parties to this action, and pursuant to the parties' letter agreement dated January 23, 2006 (as filed with this Court on January 26, 2006), and Fed.R.Civ.Proc. 41(a)(ii), the parties hereby stipulate that all claims of all parties not addressed by the Court's Amended Judgment dated November 3, 2006, shall be dismissed with prejudice, each party bearing its own costs and attorneys' fees, and each party waiving all rights of appeal.

Respectfully submitted,

**THIRD PARTY DEFENDANT BEACON/CORCORAN JENNISON PARTNERS, LLC**

BY:  /s/ Richard M. Bluestein
Richard M. Bluestein (ct23002)
Janet Steckel Lundberg (ct23003)
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 482-7211

**NEW HAVEN COMMISSION ON EQUAL OPPORTUNITIES**

BY:  /s/ Evans Jacobs, Jr.
Evans Jacobs, Jr. (ct11836)
1800 Silas Deane, Suite 159
Rocky Hill, CT  06067
(860) 989-2827

**EDWARD L. BLAND, and NEW HAVEN HOUSING AUTHORITY**

BY:  /s/ Christopher L. Brigham
Christopher L. Brigham (ct12410)
Updike Kelly & Spellacy
One Century Tower
265 Church Street
New Haven, CT  06510
(203) 786-8310

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)**

BY:  /s/ Christine L. Sciarrino
Christine L. Sciarrino (ct03393)
Office of the U.S. Attorney
157 Church Street
New Haven, CT  06510

**STAMFORD WRECKING COMPANY**

BY: /s/ David L. Metzger
David L. Metzger (ct02035)
Metzger & Associates
25 Capitol Avenue
Hartford, CT 06106
(860) 549-5026

1877\0001\193935.1